In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

### NO. 09-16-00158-CV
_____

### ANA CAROLINA ZAMBRANO, Appellant

### V.

### PABLO A. ZAMBRANO-ARTEAGA, Appellee

**On Appeal from the 418th District Court**
**Montgomery County, Texas**
**Trial Cause No. 15-07-06856-CV**

## MEMORANDUM OPINION

The trial court signed a final decree of divorce on June 1, 2016. Ana Carolina Zambrano filed a notice of appeal but failed to file a brief. On October 19, 2016, we notified the parties that the brief had not been filed and warned the appellant that her failure to file a brief could result in a dismissal of the appeal for want of prosecution. On November 21, 2016, we notified the parties that the appeal would be submitted to the Court on December 12, 2016, without briefs and without oral argument. *See* Tex. R. App. P. 39.8.

1

In the absence of a brief assigning error for appellate review, we dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 38.8(a)(1); Tex. R. App. P. 42.3(b).

APPEAL DISMISSED.

 

_____
STEVE McKEITHEN
Chief Justice


Submitted on December 12, 2016
Opinion Delivered December 29, 2016

Before McKeithen, C.J., Horton and Johnson, JJ.